# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 15-6874-PJW | Date | November 6, 2015 |
|---|---|---|---|
| Title | *Tyrell Young v. WinCo Holdings, Inc., et al.* | | |

| Present: The Honorable | Patrick J. Walsh | | |
|---|---|---|---|
| Isabel Martinez | 11/6/2015 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jacob John Larsen | Philip Allan Trajan Perez |
| | Amy Powell |

**Proceedings:**   Hearing Re: Plaintiff's Motion to Remand the Case to State Court (Doc. No. 9.)

     Case called and appearances made.  The Court heard oral argument on Plaintiff's motion to remand the case to state court.  The Court denied the motion.  (See separate order denying motion to remand.)

     The Court discussed the status of the case with counsel and ordered the parties to participate in an early settlement conference.  Defendant's counsel is to notify the Court by Monday, November 16, 2015 as to what method they will be using to try to settle the case.  The settlement conference is to take place no later than Thursday, December 31, 2015.

     The Court discussed the procedures counsel are to follow in resolving disputes relating to discovery and other issues.  After exchanging emails and discussing the issue on the phone, if the parties are unable to agree, the "moving" party will forward the emails to the court clerk, Isabel Martinez (213-894-8958) and arrange for hearing on the telephone.

cc: All counsel of record

S:\PJW\Cases-Consent\Tyrell Young v Winco Holdings\MO_Hearing Motion to Remand.wpd

|  | : | 23 |
|---|---|---|
| Initials of Preparer | im | |