TODD H. HARRISON, SBN 230542
BRENNAN S. KAHN, SBN 259548
**PERONA, LANGER, BECK, SERBIN,**
**MENDOZA & HARRISON, APC.**
300 East San Antonio Drive
Long Beach, California 90807-0948
(562) 426-6155   Fax (562) 490-9823

Attorneys for Plaintiff, Tyrell Young

JS-6

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRELL YOUNG, an Individual,<br><br>            Plaintiff,<br><br>vs.<br><br>WINCO HOLDINGS, INC., dba WINCO FOODS, an Idaho Corporation; and DOES 1 through 10, Inclusive,<br><br>            Defendants. | Case Number:  2:15-cv-06874 PJW<br><br>*(Assigned to Hon. Patrick J. Walsh, Magistrate Judge, Courtroom 23, 3rd Floor (Los Angeles – Spring Street))*<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:       July 23, 2015<br>Removed to Fed. Ct.:  September 3, 2015<br>Trial Date:            April 3, 2017 |

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice, in its entirety and as to all current and former defendants, pursuant to *Federal Rules of Civil Procedure,* Rule 41(a). Each party shall bear his/its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of any Settlement Agreement between the parties.

DATED: January 2, 2017            SIGNED:   *Patrick J. Walsh*
                                           _____
                                           Hon. Patrick J. Walsh, Judge

1

[PROPOSED] ORDER RE: JOINT STIPULATION FOR DISMISSAL W/ PREJUDICE